MARGARET E. LIGHT, Respondent, v. FRANK P. LIGHT, Appellant.—

No opinion. Nolan, P. J., Carswell, Johnston, Wenzel and MacCrate, JJ., concur.

MOE ROSENZWEIG, Respondent, v. STERLING OIL TERMINAL CORP. et al., Appellants.—

The moving papers set forth no statement of facts sufficient as a basis for an exercise of discretion in favor of granting discovery and inspection. Carswell, Acting P. J., Johnston, Adel, Wenzel and MacCrate, JJ., concur.

CHARLES H. STOLL, Respondent, v. JOSEPH H. BERGOLD et al., Appellants.—

No opinion. Present — Carswell, Acting P. J., Johnston, Adel, Wenzel and MacCrate, JJ. [See *post*, p. 1088.]

## (April 8, 1952.)

SALVATORE GIORDANO, Respondent, v. FRANK J. QUIGAN, Appellant. SALVATORE GIORDANO, Respondent, v. RALPH WILLIS et al., Appellants.—

Present — Nolan, P. J., Carswell, Johnston, MacCrate and Schmidt, JJ. [See *ante*, p. 932.]